_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Matthew D. Francis
Nevada Bar No. 6978
Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: 775-324-4100
Facsimile: 775-333-8171
Email:  mfrancis@bhfs.com
            azorio@bhfs.com

*Attorneys for Jed Margolin*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. BK-N-16-50644-BTB |
| PATRICK CANET | Chapter 15 |
| JAZI GHOLAMREZA ZANDIAN, | **ORDER APPROVING STIPULATION TO DISMISS CHAPTER 15 CASE** |
| Debtor(s). | Current Hearing Date: September 2, 2020<br>Current Hearing Time: 11:00 AM<br>Estimated Time for hearing: 1 hour |

21722114

The Court, having read and considered the Parties' [Proposed] Stipulated Order Granting Motion to Dismiss on to Dismiss Chapter 15 Case ("Stipulation") entered into by Claimants Fred Sadri, both in his individual capacity and as Trustee for The Star Living Trust, dated April 14, 1997; Ray Koroghli, individually; and Ray Koroghli and Sathsowi T. Koroghli, in their individual capacities as well as Managing Trustees for Koroghli Management Trust, by and through counsel of record Richard F. Holley, Esq. Andrea M. Gandara, Esq. and Mary Langsner, Ph.D. of the law firm Holley Driggs ("Claimants"); Jed Margolin, by and through his counsel of record Arthur A. Zorio, Esq. and Matthew D. Francis, Esq., of the law firm Brownstein Hyatt Farber Schreck, LLP ("Margolin"); (Claimants and Margolin together, the "Parties"), and the Court, having read and considered the Stipulation, the papers and pleadings on file in the above-captioned case, and good cause appearing therefor:

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that Margolin's Amended Motion to Dismiss Chapter 15 Case is GRANTED.

**IT IS FURTHER ORDERED** that the Chapter 15, Case No. BK-N-16-50644-BTB with all ancillary and adversary proceedings related thereto are and shall be dismissed with prejudice.

**IT IS FURTHER ORDERED** that Adversary Case No. 17-05016-BTB is and shall be dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Adversary Case No. 19-05025-BTB is and shall be dismissed with prejudice.

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. 349(b), dismissal of the Chapter 15 case:

(1) reinstates: (A) any proceeding or custodian any proceeding or custodianship superseded under section 543 of Title 11 of the United States Code ("Code"); (B) any transfer avoided under section 522, 544, 545, 547, 548, 549, or 724(a) of the Code, or preserved under section 510(c)(2), 522(i)(2), or 551 of the Code; and (C) any lien voided under section 506(d) of the Code;

2

21722114

          (2) vacates any order, judgment, or transfer ordered, under section 522(i)(1), 542, 550, or 553 of the Code; and

          (3) revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case under this title.

**IT IS FURTHER ORDERED** that the Order Granting Partial Motion for Summary Judgment and Denying Motion for Summary Judgment Against Cross-Claimant Patrick Canet and Granting Counter Motion for Summary Judgment ("Interlocutory Order") (Adv. ECF No. 61 in Adversary Case No. 17-05016-BTB) and the corresponding Findings of Fact and Conclusions of Law ("Findings") (Adv. ECF No. 60 in Adversary Case No. 17-05016)-BTB are and shall be vacated as void *ab initio*. To the extent that either the Interlocutory Order or the Findings have been recorded in the office of any county recorder, the same, by this Order are and shall be expunged and removed from the record, and any transfers based upon the Interlocutory Order or the Findings shall be void *ab initio*.

**IT IS SO ORDERED**.

Prepared and submitted by:

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

 */s/ Matthew D. Francis*
Matthew D. Francis, Esq.
Nevada Bar No. 6978
Arthur A. Zorio, Esq.
Nevada Bar No. 6547
5371 Kietzke Lane
Reno, NV 89511

*Attorneys for Jed Margolin*

# # #

3

21722114